1  **ROMBRO & ASSOCIATES**
   S. ROGER ROMBRO (SBN58151)
2  MELINDA A. MANLEY (SBN 183477)
   KELLY A. TUFTS (SBN 276512)
3  3405 North Sepulveda Boulevard, Suite 200
   Manhattan Beach, California 90266-3628
4  (310) 545-1900 Telephone
   (310) 802-8849 Facsimile
5

6  Attorneys for Creditor, ROMBRO & ASSOCIATES -

7
       UNITED STATES BANKRUPTCY COURT
8
       CENTRAL DISTRICT OF CALIFORNIA
9
       LOS ANGELES DIVISION
10

11 In re:                          CASE NO. 2:14-bk-23162-VZ

12 MARK WAECKER,                   **Chapter 7**

13     Debtor.                     ADV. NO. 2:14-ap _____-VZ

14 _____        **COMPLAINT FOR
                                   NON-DISCHARGEABILITY OF DEBT**
15 ROMBRO & ASSOCIATES             **UNDER 11 U.S.C. §523**

16     Plaintiff,

17 vs.

18 MARK WAECKER,

19     Defendant

20 _____

21 Plaintiff alleges:

22                **I. GENERAL ALLEGATIONS**

23    1.    The Court has exclusive jurisdiction over this proceeding under 28

24 U.S.C. Section 1471(a) and 11 U.S.C. Section 523. This is a core proceeding under 28

25 U.S.C. Section 157(b)(2)(I).

26    2.    The Defendant, Mark Waecker (hereafter referred to as the

27 "Defendant"), is the Debtor in the above-entitled Chapter 7 proceeding. The

28 bankruptcy was filed on or about November 6, 2015.

3. The Plaintiff, ROMBRO & ASSOCIATES (hereafter "Plaintiff") is a creditor of the Defendant.

4. The Defendant is seeking a discharge of his debts in bankruptcy under 11 U.S.C. Sections 524 and 727.

5. This is an adversary proceeding to determine the non-dischargeability of the Defendant's debt owed to the Plaintiff, described below under 11 U.S.C. Section 523 (a)(2)(A).

6. The Defendant is indebted to the Plaintiff for attorney fees in the sum of:

    a. Principal in the sum of $124,669.83, as of the date Defendant filed his Chapter 11 Bankruptcy Petition on or about July 11, 2014, which was converted to a Chapter 7 case on November 6, 2015.

    b. Interest at the legal rate from on and after July 11, 2014.

7. Defendant signed a retainer agreement for Plaintiff to become his attorney of record in his dissolution of marriage action wherein Defendant agreed to pay his bills in full each month. Defendant did so without the intention of ever paying his attorney's fees and costs.

8. Plaintiff justifiably relied upon defendant's honesty inasmuch as defendant is and was at all times relevant hereto a member in good standing of the California State Bar.

9. In reliance on defendant's repeated promises to pay plaintiff, plaintiff continued to work for defendant.

10. Defendant repeatedly lied to plaintiff and to the court in the family law proceeding; and the family law court found debtor had made misrepresentations to the family law court about his assets. Defendant, an attorney, knew that defendant was obligated to disclose all material facts and information regarding his assets and debts. The family law court made a finding that defendant had made misrepresentations to the court.

## II. FIRST CAUSE OF ACTION

11. Plaintiff refers to paragraphs 1 through 10 of the general allegations and incorporates them herein, as though set forth in full herein.

12. Plaintiff objects to the dischargeability of the debt described in paragraph 6, subparts a. and b. above, which is owed to plaintiff, based upon the fact that defendant obtained credit under false pretenses and/or by making false representations and/or through actual fraud.

13. The facts upon which said claims are based, non-exclusively, are set forth in the following paragraphs:

14. Specifically, defendant falsely and fraudulently represented to plaintiff that defendant would bring his bill current and that the monies defendant used to purchase his residence was a loan from defendant's client.

15. Had plaintiff known it was defendant's intent not to pay plaintiff, plaintiff would not have continued in its representation of defendatn.

WHEREFORE, Plaintiff requests Judgment against defendant, Mark Waecker, as follows:

1. For a determination that the debts described above, which are owed to Plaintiff, are non-dischargeable, pursuant to 11 U.S.C. Section 523;

2. For judgment according to proof.

Dated: February 16, 2016          ROMBRO & ASSOCIATES

BY: /s/ Melinda A. Manley
MELINDA A. MANLEY,
Attorneys for Creditor,
ROMBRO & ASSOCIATES.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>ROMBRO & ASSOCIATES - | **DEFENDANTS**<br>MARK WAECKER |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Rombro & Associates<br>3405 N. Sepulveda Blvd., Suite 200<br>Manhattan Beach, CA 90266 | **ATTORNEYS** (If Known)<br>Byron Z. Moldo of Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212 |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint for Determination of Dischargeability of Debt Under 11 USC §523

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ $124,669.83 plus interest |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Mark Waecker | BANKRUPTCY CASE NO.<br>2:14-bk-23162-VZ ||
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Hon. Vincent Zurzolo |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| PLAINTIFF<br>ROMBRO & ASSOCIATES | DEFENDANT<br>MARK WAECKER | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Hon. Vincent Zurzolo |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* |||
| DATE<br>February 16, 2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Melinda A. Manley of Rombro & Associates ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROMBRO & ASSOCIATES<br>S. ROGER ROMBRO (SBN58151)<br>MELINDA A. MANLEY (SBN 183477)<br>KELLY A. TUFTS (SBN 276512)<br>3405 North Sepulveda Boulevard, Suite 200<br>Manhattan Beach, California 90266-3628<br>(310) 545-1900 Telephone<br>(310) 802-8849 Facsimile<br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MARK WAECKER,<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-23162-VZ<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: |
|---|---|
| ROMBRO & ASSOCIATES - S. ROGER ROMBRO<br><br><br><br>Plaintiff(s)<br>Versus<br>MARK WAECKER<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

> **Hearing Date:** _____   **Place:**
> **Time:** _____                  [X] 255 East Temple Street, Los Angeles, CA 90012
> **Courtroom:** _____             [ ] 3420 Twelfth Street, Riverside, CA 92501
>                                     [ ] 411 West Fourth Street, Santa Ana, CA 92701
>                                     [ ] 1415 State Street, Santa Barbara, CA 93101
>                                     [ ] 21041 Burbank Boulevard, Woodland Hills, CA 91367

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3405 N. Sepulveda Blvd
Manhattan Beach, CA  90266

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 3    F 7004-1.SUMMONS.ADV.PROC